UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **THOMPSON, RANDY K.** | ) | Bankruptcy Case No. 15-83182 TML |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

THOMPSON, RANDY K.
7815 CADET ROAD
MACHESNEY PARK, IL 61115

JEFFRY A. DAHLBERG
BALSLEY & DAHLBERG, LLP
5130 N. SECOND STREET
LOVES PARK, IL 61111
*(Via ECF Electronic Transmission)*

Advia Credit Union
550 S Riverview Dr
Parchment, MI 49004

Fifth Third Bank
P.O. Box 9013
Addison, TX 75001

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(WALMART CREDIT CARD),POB 41067
Norfolk, VA 23541

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com